GEOFFREY A. HANSEN
Federal Public Defender
HEATHER R. ROGERS
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant DAVID FRANK ROWE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-20059 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| vs. | |
| DAVID FRANK ROWE, | |
| Defendant. | |

## **STIPULATION**

Defendant David Frank Rowe, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Assistant United States Attorney David Callaway, with no opposition by Probation Officer Janie Zhuang, hereby stipulate that, with the Court's approval, the preliminary revocation hearing currently set for Tuesday, January 31, at 9:30 a.m., before Magistrate Judge Paul Singh Grewal, shall be continued to Thursday, February 23, 2012, at 1:30 p.m.

The reason for the requested continuance is that Mr. Rowe lives out-of-state (in Texas), has a medical condition prohibiting flying and funding concerns that would make attendance at the currently scheduled hearing very difficult, and the defense requires additional time to

Stipulation and [Proposed] Order Continuing
Hearing, 01-20059 (JW)      1

effectively prepare and investigate this case in anticipation of a resolution. The parties therefore respectfully request a continuance to February 23, 2012, at 1:30 p.m.

Dated: January 26, 2012

           /s/
HEATHER ROGERS
Assistant Federal Public Defender

Dated: January 26, 2012

           /s/
DAVID CALLAWAY
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Tuesday, January 31, 2012, at 9:30 a.m., before Magistrate Judge Paul Singh Grewal, shall be continued to Thursday, February 23, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: Lcpwct{ "49."4234

PAUL S. GREWAL
United States Magistrate Judge